New England Mutual Life Insurance Company, appellee, v. John W. Keogh and Robert B. Peck, defendants, on appeal of John W. Keogh, appellant. Gen. No. 36,782.

Opinion filed October 10, 1933. Rehearing denied October 23, 1933.

John W. Keogh, *pro se.* Judah, Reichmann, Trumbull & Cox, for appellee; Randolph Thornton, of counsel.

Mr. Justice Gridley delivered the opinion of the court.